# Exhibit B

A YouTube video entitled "PSA - Beware of this IMPOSTER. A company is posing as US." provided on the CD attached.

{H5417087.1}