# Exhibit D



**Pinnacle Employ...**

See insights and ads  |  Boost post

👍 Like    💬 Comment    ↗ Share

👍 1

Most relevant ⌄

 **Michael Allen**
https://youtu.be/dbiF0RVPeLQ?si=JRgb-Nc_gQOqFbwv

 **YOUTUBE.COM**
PSA - Beware of this IMPOSTER. A comp...

25m   Like   Reply   Message

Comment as Pinnacle Employee Services - PES