# Exhibit G

- Michael Allen **commented on your company's update**  11h

  https://youtu.be/dbiF0RVPeLQ

  

  We've said it before, and we'll say it again... our goal is to make running your business easier!...

  18 Reactions • 2 Comments

  **Respond**

-  Michael Allen **commented on your company's update**  11h

  https://youtu.be/dbiF0RVPeLQ

  

  Grateful to be surrounded by great people, especially during the holiday season!

  **Respond**

-  Michael Allen **commented on your company's update**  11h

  https://youtu.be/dbiF0RVPeLQ

  

  We are proud to have attended not just one, but two charity events this past week! 🎟 The first...

  18 Reactions • 3 Comments

  **Respond**

Michael Allen commented on your company's update

 especially during the holiday season!

Respond

 **Michael Allen** commented on your company's update — 11h

https://youtu.be/dbiF0RVPeLQ

 We are proud to have attended not just one, but two charity events this past week! 🎗 The first...

18 Reactions • 3 Comments

Respond

 **Michael Allen** commented on your company's update — 11h

https://youtu.be/dbiF0RVPeLQ

 As the year comes to a close, we're eager to hear from our valued clients! Share your...

3 Reactions • 1 Comment

Respond

 **Michael Allen** commented on your company's update — 11h

https://youtu.be/dbiF0RVPeLQ

 For 30 years the **Syracuse Crunch** has been a staple in our community. We're proud of the...

Respond






