# Exhibit F

## Activity

( Comments + )  ( Mentions + )  ( Reactions + )  ( Reposts + )
( Analytics + )



 Pinnacle Employee Services® mentioned your company in an update   12h

PSA: Please be aware of this company posing as us "Pinnacle Employee Services". We have bee...

( Comment )

Pinnacle Employee Services®
135 followers
12h •

PSA: Please be aware of this company posing as us "Pinnacle Employee Services". We have been providing businesses with payroll, HR, and benefits since 2005. Pinnacle Employee Services is impersonating our company. We are federally trademarked with the USPTO. Please do not be fooled by this company.

