# Exhibit G

5:03

## Earlier

**Pinnacle Employee Services** commented on your reel.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on your reel.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on the status you shared.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on your post.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on your post.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on your post.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**Pinnacle Employee Services** commented on the status you shared.
8h · "https://youtu.be/dbiF0RVPeLQ?si=...

**WISE Women's Business Center** created an event you might want

Home | Ads | Notifications | Menu



 

Insights unavailable  ⓘ              **Boost a post**

👍 Like          💬 Comment          ➤ Send          ↗ Share

 4

**Most relevant** ⌄

**Pinnacle Employee Services** · **Follow**
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA

 **PSA - Beware of this IMPOSTER. A company is posing as US.**
youtube.com

8h    Like    Reply    Hide

Write a reply

Comment as Pinnacle E...

Home    Ads    ⊕    Notifications    Menu

5:03

← **Pinnacle Employee Services - PES's post** ⋯



pinnacleemployeeservices.com
**United Auto Supply - PES Partner**  **Learn more**

See insights and ads           **Boost again**

👍 Like          💬 Comment          ↗ Share

👍 4

4 shares

**Most relevant** ⌄

**Pinnacle Employee Services** · **Follow**
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA

 **PSA - Beware of this IMPOSTER. A company is posing as US.**
youtube.com

8h     Like     Reply     Hide

Comment as Pinnacle E…  😊  GIF  ☺

Home | Ads | ⊕ | Notifications | Menu




**Pinnacle Employee Services - PES's post**

See insights and ads | Boost post

Like · Comment · Send · Share

36

2 shares

Most relevant ⌄

**Pinnacle Employee Services** · Follow
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA



PSA - Beware of this IMPOSTER. A company is posing as US.
youtube.com

8h   Like   Reply   Hide

Comment as Pinnacle E...

Home | Ads | Notifications | Menu

5:03

Pinnacle Employee Services - PES's post



See insights and ads          Boost post

👍 Like          💬 Comment          ➤ Send          ↗ Share

👍❤️ 6

1 share

Most relevant ⌄

**Pinnacle Employee Services** · **Follow**
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA

**PSA - Beware of this IMPOSTER. A company is posing as US.**
youtube.com

8h   Like   Reply   Hide

Write a reply…

Comment as Pinnacle E…

Home          Ads          [+]          Notifications          Menu








Insights unavailable    Boost a post

Like   Comment   Send   Share

9

Most relevant ⌄

**Pinnacle Employee Services** · **Follow**
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA



PSA - Beware of this IMPOSTER. A company is posing as US.
youtube.com

8h   Like   Reply   Hide

Write a reply…

Comment as Pinnacle E…

Home   Ads   Notifications   Menu

Case 5:24-cv-00239-GTS-TWD Document 2-9 Filed 02/16/24 Page 8 of 9

5:04   



Most relevant

**Pinnacle Employee Services** · **Follow**
https://youtu.be/dbiF0RVPeLQ?si=r70Nl995JVF0qJzA



**PSA - Beware of this IMPOSTER. A company is posing as US.**
youtube.com

8h   Like   Reply

 Comment as Pinnacle E…       

 **Pinnacle Employee Services - PES**
Published by Elizabeth Namgih · February 28, 2023

It's posts like this that really put into perspective how our work impacts our clients, their businesses, and employees. We are grateful for your support and hope to continue exceeding your expectations! Thanks for choosing to partner with us! 😊

---

**Melissa Murphy**
February 22, 2023 ·

*Payroll for small business owners*
I'm on my 3rd payroll company in 2 years...

The first company was one of the large ones - I left after the constant "selling"... **See more**

---

 Pinnacle Family of Companies and 10 others        1 💬

👍 Like            💬 Comment            ↗ Share

Newest ▼

 **Pinnacle Employee Services**
https://youtu.be/dbiF0RVPeLQ?si=r70NI995JVF0qJzA


YOUTUBE.COM
PSA - Beware of this IMPOSTER. A company is posing as US.