Exhibit H

 Gmail

**PES YouTube <pesvideo5710@gmail.com>**

---

## Pinnacle Employee Services, we have removed your channel from YouTube
1 message

---

**YouTube** <no-reply@youtube.com>                                   Thu, Feb 8, 2024 at 3:10 AM
Reply-To: YouTube <no-reply@youtube.com>
To: pinnacle-employ-9827@pages.plusgoogle.com



Hi Pinnacle Employee Services,

We have reviewed your content and found severe or repeated violations of our **impersonation policy**. Because of this, we have removed your channel from YouTube.

We know this is probably very upsetting news, but it's our job to make sure that YouTube is a safe place for all. If we think a channel severely violates our policies, we take it down to protect other users on the platform - but if you believe we've made the wrong call, you can appeal this decision. You'll find more information about the policy in question and how to submit an appeal below.

## What our policy says

Content intended to impersonate a person or channel is not allowed on YouTube. This includes copying another channel's profile, background, or overall look and feel in such a way that makes it look like someone else's channel, or using the name and image of a person with the intent to impersonate them. If you operate a fan channel, make sure you state so explicitly in your channel name or handle. It should be obvious to your viewers that your channel doesn't represent the original creator, artist or entity your channel is celebrating.

LEARN MORE

## How we find violations

We use a combination of automated systems and human reviews to detect violations of our Community Guidelines.

## How this affects your channel

We have permanently removed your channel from YouTube. Going forward, you won't be able to access, possess, or create any other YouTube channels.

## What you can do next

There are steps you can take if you want to appeal this decision:

- Review YouTube's Community Guidelines.

- Appeal here. Make sure to fill out the appeal form as completely as possible, including your channel URL: https://www.youtube.com/channel/UCIGqU7AwWZUHGvAKvBLkyyg

- Learn about your resolution options.

If you have any further questions, please feel free to reach out to us here.

Sincerely,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066