# Exhibit I

We believe the takedown demand was made by Michael Allen and/or his company, Pinnacle Employee Services, Inc.  We recently secured a legal victory against those parties in a trademark infringement lawsuit that they brought in U.S. District Court for the Eastern District of California. The case was titled *Pinnacle Employee Services, Inc. and Michael Allen v. Pinnacle Holding Company, LLC, Pinnacle Employee Services, LLC and Pinnacle Investments, LLC*, bearing Index No. 2:22-cv-01367. By order of the Court dated February 1, 2024, Docket Entry No. 46, all of Mr. Allen's claims against our company, including those for trademark infringement based on the parties' similar name, were dismissed. After losing, Allen has begun harassing/spamming our social media by commenting a video he made claiming we are imposters on 20+ of our posts. We have the right to use our company name to promote our business and have been doing so since 2014 when we purchased our domain "PinnacleEmployeeServices.com."