# Exhibit J

**Pinnacle Employee Services, we've reached a decision on your appeal**

YouTube <no-reply@youtube.com>
Thu 2/8/2024 3:06 PM
To: Elizabeth Conklin <econklin@pinnacleholdingco.com>

Hi Pinnacle Employee Services,

We have reviewed your appeal for the following:

**Channel:** Pinnacle Employee Services

We reviewed your channel carefully, and have confirmed that it violates our impersonation policy. We know this is probably disappointing news, but it's our job to make sure that YouTube is a safe place for all.

**How this affects your channel**

We won't be putting your channel back up on YouTube.

Learn about your resolution options.

Thanks,
The YouTube team

Help Center • Email options

You have received this email to update you on actions related to your YouTube account.

Was this email helpful?  Yes   |   No

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066