# Exhibit L

A YouTube video entitled "My Response to NY PES Cease-and-Desists Letter. IM NOT LEAVING" provided on the CD attached.

{H5417092.1}