# Exhibit M

**Pinnacle Employee Services**
2h · 🌐

My Response to NY PES Cease-and-Desists Letter. Please stop infringing on my trademark. I'M NOT LEAVING!!

This other company "Pinnacle Employee Services" infringes on my trademark and tries to cease and desist me.



YOUTUBE.COM
My Response to NY PES Cease-and-Desists Letter. I'M NOT LEAVING!!