# Exhibit P







# Pinnacle Employee Services

240 followers

**+ Create**

👁 View as member

Feed

Activity

Analytics

Inbox

Edit page

## Activity

Comments +    Mentions +    Reactions +    Reposts +

Analytics +



**Pinnacle Employee Services®** mentioned your company in an update    26m

Please stop infringing on my trademark. My Response to NY PES Cease-and-Desists Letter. This other company "Pinnacle...



My Response to NY PES Cease-and-Desists Letter. I'M NOT LEAVING!!

Comment



**David King** reacted to your company's update    7h

Job candidates and employees not only want employers to offer skill-building and professional development opportunities, but...



Customize Your Training to Meet Employee Expectations

## Post highlights ⓘ

In the last 30 days

**Most reposts**



Cannabis Marketing Strategy

6 Reactions

💡 Not eligible to boost. **Learn more**

**Most reactions**



Learning to juggle with your mom's china is a bad idea. Another bad idea?...

8 Reactions

💡 Get up to 24000 additional video views. **Boost**

Messaging 

