# Exhibit O

