# Exhibit A

**James P. Youngs**

| | |
|---|---|
| **From:** | Michael Allen - Pinnacle <mallen@pinnaclehro.com> |
| **Sent:** | Friday, February 9, 2024 1:23 PM |
| **To:** | James P. Youngs; Catherine E. Gerson |
| **Subject:** | CAPES response to your Cease-and-Desists letter |
| **Importance:** | High |

Mr. Young,

I hope this email finds you well. Please watch the whole video. It's imperative. But up to you. You are a lawyer and i assume you make smart decisions. You can view it on my YouTube channel and Facebook. Your client can make the bleeding stop, by settlement talks.

https://youtu.be/gbJGG69Sxu4

**Michael Allen**
President/CEO at Pinnacle Employee Services ®
Phone 916-760-7227   Toll-Free 1-888-353-2976
Email mallen@pinnaclehro.com   Web www.pinaclehro.com



HR | Payroll | Benefits
Schedule a Meeting with me

***Please note that the information provided herein is practical HR, not legal advice. Please call our Hotline if you have additional questions.***

**Confidentiality Note:** This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify me immediately by returning it and delete this copy from your system. Thank you for your cooperation.

*Pinnacle Employee Services ® provides practical human resources information and guidance based upon our experience in the industry and our experience with our clients.  Pinnacle Employee Services ®, services are not intended to be a substitute for professional advice.  Pinnacle Employee Services ®, services are designed to provide general information to human resources and/or business professionals regarding human resources situations commonly encountered.  Given the changing nature of federal, state and local legislation and the changing nature of court decisions, Pinnacle Employee Services ® and your sponsoring business cannot and will not guarantee that the information is completely current or accurate.  Pinnacle Employee Services ® do not include or constitute legal, business, international, regulatory, insurance, tax or financial advice.  Use of our*

*services, whether by phone, email or via the website shall indicate your acceptance of Pinnacle Employee Services ® user agreement.*