IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC,<br><br>                      Plaintiffs,<br><br>        v.<br><br>MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC.,<br><br>                      Defendants. | **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No. 5:24-cv-239 (GTS/TWD) |

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Pinnacle Holding Company, LLC states that FKAPI, Inc. owns 10% or more of its shares. No publicly held corporation owns 10% or more of Pinnacle Holding Company, LLC's or FKAPI, Inc.'s shares. Plaintiff Pinnacle Employee Services, LLC states that it is a wholly owned subsidiary of Pinnacle Holding Company, LLC.

**Dated**:  February 26, 2024            H<span style="font-variant:small-caps">ANCOCK</span> E<span style="font-variant:small-caps">STABROOK</span>, LLP

                                                                                By: s/*James P. Youngs*
                                                                                James P. Youngs, Esq.
                                                                                *Attorneys for Plaintiffs*
                                                                                1800 AXA Tower I
                                                                                100 Madison St.
                                                                                Syracuse, NY 13202
                                                                                Tel: (315) 565-4558
                                                                                *jyoungs@hancocklaw.com*

{H5424148.1}