IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC.,<br><br>  Defendants. | **STATEMENT OF CITIZENSHIP OF LIMITED LIABILITY COMPANY**<br><br>Civil Action No. 5:24-cv-239 (GTS/TWD) |

**ERIC D. KROUSE**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am the Chief Operating Officer of Plaintiff Pinnacle Holding Company, LLC ("PHC").

2. The members of PHC, LLC and their state(s) of citizenship, if known, is set forth below:

- Borgia, Michael - Florida
- Caputo, Ronald - Florida
- Charles, Theodore - Florida
- DiPietro, Paul - Florida
- Lanning, Richard - Florida
- Smach, Thomas J. - Florida
- Thomas J and Linda M Smach 2009 Irrev. Trust, Steven Walters, Trustee - New York
- Hansen, Scott & Tami - Massachusetts
- Axenfeld, Dalton - New York
- Bianchini, Janet - New York
- Chow, Stephen - Florida

{H5424933.1}

- Coles, Monica - New York
- Conklin, Elizabeth - New York
- Cuddy, Michael - New York
- Day, Stephanie - New York
- Eckert, Beth - New York
- FKAPI, Inc. - New York Corporation with New York principle place of business
- Jamie Mody - New York
- Jasewicz, Alysha - New York
- Kidd, Karen - New York
- Kidd, Gregg - New York
- Krouse, Anne - New York
- Krouse, Eric - New York
- McClelland, Kevin - New York
- Nardella, Mark - New York
- Pietrowski, Mark - New York
- Quilty, Benjamin - New York
- Schmidt, Michael - New York
- Barnes, Kurt - Pennsylvania
- Beck, Rob – Pennsylvania
- Marks Family Trust dated 07-07-2000 (Living Trust) – residence of trustee(s) unknown

3. Plaintiff Pinnacle Employee Services, LLC is a wholly-owned subsidiary of PHC.

I declare under penalty of perjury under the laws the United States of America that the foregoing is true and correct.

Dated: February 26, 2024

s/ *Eric D. Krouse*
**ERIC D. KROUSE**

{H5424933.1}