| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address) | FOR COURT USE ONLY |
|---|---|
| Corey Donaldson | SBN: 280383<br>Ferguson Case Orr Paterson LLP<br>1050 South Kimball Road  Ventura, CA 93004 | |
| TELEPHONE NO.: (805) 659-6800 | FAX NO. (805) 659-6818 | E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Plaintiff: PINNACLE HOLDING COMPANY, ET AL. | |

US District Court, Northern District of New York
STREET ADDRESS: 100 S. Clinton St
MAILING ADDRESS: Same
CITY AND ZIP CODE: Syracuse, NY 13261
BRANCH NAME: James M. Hanley Federal Building & U.S. Courthouse

PLAINTIFF: PINNACLE HOLDING COMPANY, LLC, ET AL.
DEFENDANT: MICHAEL ALLEN, ET AL.

CASE NUMBER: 5:24-cv-239

**AFFIDAVIT OF REASONABLE DILIGENCE**

Ref. No. or File No.: PINNA.002

I, Jeremy Glaze , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Pinnacle Employee Services, Inc. as follows:

Documents:
Complaint and Exhibits; PI Motion and Exhibits; Summons; Case Assignment and Filing Order; Filing of Trademark Action; NDNY Text Order; Preliminary Injunction Motion; Disclosure Statement; Statement of Citizenship

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 3/12/2024 | 1:55 PM | Business | Agent not in or available.<br>8788 Greenback Ln Ste 105,  Orangevale, CA 956624083 |

Fee for Service: $ 1,327.25
County: Sacramento
Registration No.: 2011-65
Commercial Process Serving, Inc.
674 County Square Drive, Suite 107
Ventura, CA 93003
805.650.9291

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2024.

Signature: _Jeremy Glaze_
Jeremy Glaze

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: VN215257A

Civil Action No. 5:24-cv-239

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Pinnacle Employee Services, Inc. was received by me on February 27, 2024.

Documents: **Complaint and Exhibits; PI Motion and Exhibits; Summons; Case Assignment and Filing Order; Filing of Trademark Action; NDNY Text Order; Preliminary Injunction Motion; Disclosure Statement; Statement of Citizenship**

SERVICE ADDRESS: The Swenson Law Firm, 8788 Greenback Ln. Ste. 105, Orangevile, CA 95662

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the place of business with Holland M. - Staff Member at Agents Address, Authorized to Accept, a person of suitable age and discretion, on 3/12/2024,. Declaration of Mailing is attached.

☑ I served the summons to **Samuel K. Swenson, Esq. - Agent**, who is designated by law to accept service of process on behalf of **Pinnacle Employee Services, Inc.** on **March 12, 2024  1:55 PM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 1,327.25 for services, for a total of $ 1,327.25

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Declaration of Diligence and Mailing
attached, see additional pages attached.

_____
*Server's signature*

_____
**Jeremy Glaze**
*Printed name and title*
REG # 2011-65, County of Sacramento

_____674 County Square Drive, Suite 107, Ventura, CA 93003_____
*Server's Address*

Continued on Next Page

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Corey Donaldson, SBN: 280383<br>Ferguson Case Orr Paterson LLP<br>1050 South Kimball Road<br>Ventura, CA 93004<br>TELEPHONE No.: (805) 659-6800    FAX No. (Optional): (805) 659-6818<br>Attorney for: Plaintiff PINNACLE HOLDING COMPANY, ET AL. | E-MAIL ADDRESS (Optional):<br><br>Ref No. or File No.:<br>PINNA.002 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| US District Court, Northern District of New York, James M. Hanley Federal Building |

| Plaintiff: PINNACLE HOLDING COMPANY, LLC, ET AL. |
|---|
| Defendant: MICHAEL ALLEN, ET AL. |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>5:24-cv-239 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Complaint and Exhibits; PI Motion and Exhibits; Summons; Case Assignment and Filing Order; Filing of Trademark Action; NDNY Text Order; Preliminary Injunction Motion; Disclosure Statement; Statement of Citizenship

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Ventura, California, addressed as follows:

    a. Date of Mailing:           March 13, 2024
    b. Place of Mailing:          Ventura, CA
    c. Addressed as follows:      Pinnacle Employee Services, Inc.
                                  ATTENTION: Samuel K. Swenson, Esq. - Agent
                                  8788 Greenback Ln Ste 105
                                  Orangevale, CA 95662-4083

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Ventura, California in the ordinary course of  business.

Fee for Service: **$ 1,327.25**

**Commercial Process Serving, Inc.**
**674 County Square Drive, Suite 107**
**Ventura, CA 93003**
**(805) 650-9291**
**Ref: PINNA.002**



I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **March 13, 2024**.

Signature: _____
                    Juan Carlos Gamino

**PROOF OF SERVICE BY MAIL**

Order#: VN215257A/mailproof