# EXHIBIT 2

S T A T E  O F  N E W  Y O R K
SUPREME COURT  COUNTY OF ONONDAGA
----------------------------------------------x
STAFF LEASING OF CENTRAL NEW YORK, INC.,

                              Plaintiff,

vs.

HEIDI J. LUPI, MARK PIETROWSKI,
MICHAEL J. LUCIA, and PINNACLE EMPLOYMENT
SERVICES, LLC,

                              Defendants.
----------------------------------------------x

     Deposition of GREGG KIDD, held on July 30, 2015, at the Law Offices of Menter, Rudin, Trivelpiece, P.C., 308 Maltbie Street, Suite 200, Syracuse, New York, before Amanda L. Theleman, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of New York.

                    A P P E A R A N C E S

    For Plaintiff:            MENTER, RUDIN & TRIVELPIECE, PC
                              Attorneys at Law
                              308 Maltbie Street
                              Suite 200
                              Syracuse, New York  13204
                                BY:  MITCHELL J. KATZ, ESQ.

    For Defendants:           SUGARMAN LAW FIRM, LLP
    (Heidi J. Lupi,           Attorneys at Law
     Mark Pietrowski,         211 West Jefferson Street
     and Michael J.           Syracuse, New York  13202
     Lucia)                     BY:  MARY E. LANGAN, ESQ.

    For Defendant:            COSTELLO, COONEY & FEARON, LLP
    (Pinnacle Employee        Attorneys at Law
     Services, LLC)           500 Plum Street
                              Suite 300
                              Syracuse, New York  13204
                                BY:  ROBERT J. SMITH, ESQ.

    Also Present:             Thomas J. Boell

KIDD - KATZ

6

1  A  507 Plum Street.
2  Q  Can you just keep your voice up?  One of the
3  nice things about old buildings is they're old buildings.
4  A  507 Plum Street.
5  Q  Thank you.  And how long have you been with
6  Pinnacle?
7  A  I founded it 20 years ago.
8  Q  Well, congratulations.
9  A  Thank you.
10 Q  Oh, and just a point of reference --
11     MR. KATZ:  Go off the record for a
12     second.
13     (A discussion was held off the record.)
14 Q  Mr. Kidd, you -- at some point in time
15 Pinnacle Management decided to go into the professional
16 employer organization business; is that right?
17 A  Yes.
18     MR. SMITH:  And Pinnacle Management is --
19     you're talking about the holding company's
20     management overseeing these other -- these
21     companies?
22 Q  Yeah, I mean with a small -- like, the
23 executive team decided to branch out; is that right?
24 A  Correct.
25 Q  Can you tell me when you first gave birth to

7

KIDD - KATZ

1  the idea?
2          A    Probably sometime in 2014, mid 2014.
3          Q    And what caused you to give birth to the idea?
4          A    We had learned about the business through
5  Mark Pietrowski who was trying to get into our client base
6  for -- on behalf of Staff Leasing. He was working with some
7  of our people. They were introducing him to some of our
8  clients, and as we heard earlier, there was some potential
9  for some mutual business between the two firms that
10 subsequently never happened on their end. And then it was
11 discussed with some people at Pinnacle that there was an
12 interest in starting our own.
13         Q    All right. The -- the mining the business
14 opportunity thing, that was Mark Pietrowski trying to get
15 sales opportunities through the connections that Pinnacle
16 generally has with the business community?
17         A    Correct.
18         Q    All right. And what was -- if anything, was
19 Pinnacle trying to achieve or get from -- from Staff Leasing
20 at that time?
21         A    Well, what they were -- they had a $30 million
22 401(k) plan that was with a broker, and the way it was
23 presented to us was this broker never gave them any business,
24 so it was a good opportunity for Pinnacle to become the
25 broker of record on that 401(k) plan in return for of course