# EXHIBIT 3



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | PINNACLE EMPLOYEE SERVICES, INC. |
| **Entity No.:** | 3606085 |
| **Registration Date:** | 09/23/2013 |
| **Entity Type:** | STOCK CORPORATION - CA - GENERAL |
| **Formed In:** | CALIFORNIA |
| **Status:** | ACTIVE (GOOD STANDING) |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of April 20, 2022.

SHIRLEY N. WEBER, PH.D.
Secretary of State

**Certificate No.:** 004223622

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.

## RE: BHSC01-31 LLC - Name Change

**Stephanie Bernhardt** <sbernhardt@apintego.com>

Thu 2014-01-30 1:15 PM

To:mallen pinnaclehro.com <mallen@pinnaclehro.com>

📎 10 attachments (17 KB)

image001.gif; image002.gif; image003.gif; image004.gif; image006.png; image007.png; image008.jpg; image009.gif; image010.jpg; image011.jpg;

Good Afternoon,
In order to update the name of the business please tell me the following information below for the new name. There are specific forms that need to be put together by me and for the client to sign to endorse the policy.

Entity Type:
Effective Date of change:
FEIN:
Ownership & percentage of ownership:
Address:

In regards to your company name, I am showing that the client is with Intuit Online Payroll not Pinnacle Employee Services. Is that incorrect?

Thank you,

*Stephanie Bernhardt*
APintego Insurance Services, LLC
333 W. Commercial Street Suite 2500
East Rochester, NY 14445
888-289-2939 ext. 5562
888-289-2988 fax
sbernhardt@apintego.com

---

**From:** 'James Davidson' [mailto:jdavidson@integoinsurance.com]
**Sent:** Thursday, January 30, 2014 11:36 AM
**To:** cservice@apintego.com
**Subject:** FW: Update Contact Info

Hi ,

Please see below. Client needs to update the name on their policy and contact person.

Thank you,
Jim

---

**From:** Michael Allen [mailto:mallen@pinnaclehro.com]
**Sent:** Tuesday, January 28, 2014 6:11 PM
**To:** 'James Davidson'
**Subject:** Update Contact Info

Hi Jim-

I wanted to let you know that our company has changed its name to Pinnacle Employee Services. Also, my client BHD Newport is now BHD SoCal. Also, they need to change the poc to Steve Burke. The policy number is EIG-1623893-00 and the Name on file is BHSC01-31 LLC. Can you help make this change go through? I was informed by Employers that I had to contact you to get the change taken care of.

Please let me know if you need anything else from me.

*Kind regards,*
*Michael Allen*

 *website* | *vCard* | *email*



 *President/CEO*
*Pinnacle Employee Services*
*2377 Gold Meadow Way | #100 | Gold River, CA 95670 | United States*
*tel (916) 760-7227 | fax (866) 452-9781*

A Full Service HR Management Company

**Confidentiality Note:** *This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify me immediately by returning it and delete this copy from your system. Thank you for your cooperation.*

 Please consider the environment before printing this email.

This email is free from viruses and malware because avast! Antivirus protection is active.

Generated on: This page was generated by TSDR on 2024-03-08 13:08:13 EST
Mark: PINNACLE EMPLOYEE SERVICES

PINNACLE EMPLOYEE SERVICES

US Serial Number: 90376137

US Registration 6696685
Number:

Filed as TEAS Yes
Plus:

Register: Principal

Mark Type: Service Mark

TM5 Common Status
Descriptor:



Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: Apr. 12, 2022

Publication Date: Jan. 25, 2022

Application Filing Dec. 11, 2020
Date:

Registration Date: Apr. 12, 2022

Currently TEAS Yes
Plus:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

# Mark Information

Mark Literal PINNACLE EMPLOYEE SERVICES
Elements:

Standard Character Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Claim:

Mark Drawing 4 - STANDARD CHARACTER MARK
Type:

Disclaimer: "EMPLOYEE SERVICES"

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Human resources consultation; Payroll preparation

International 035 - Primary Class                    U.S Class(es): 100, 101, 102
Class(es):

Class Status: ACTIVE

Basis: 1(a)

First Use: Aug. 06, 2013                    Use in Commerce: Sep. 01, 2013

# Basis Information (Case Level)

Filed Use: Yes                    Currently Use: Yes
Filed ITU: No                    Currently ITU: No
Filed 44D: No                    Currently 44D: No
Filed 44E: No                    Currently 44E: No
Filed 66A: No                    Currently 66A: No

Filed No Basis: No                                   Currently No Basis:  No

# Current Owner(s) Information

Owner Name: PINNACLE EMPLOYEE SERVICES, INC.

Owner Address: 2377 GOLD MEADOW WAY
STE 100
GOLD RIVER, CALIFORNIA UNITED STATES 95670

Legal Entity Type: CORPORATION                State or Country   CALIFORNIA
Where Organized:

# Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Samuel K Swenson

Attorney Primary  sam@swensonlawfirm.com        Attorney Email  Yes
Email Address:                                  Authorized:

### Correspondent

Correspondent  Samuel K Swenson
Name/Address:  THE SWENSON LAW FIRM
8788 GREENBACK LN
STE 105
ORANGEVALE, CALIFORNIA UNITED STATES 95662

Phone: 916-333-0833                                    Fax:  9164593111

Correspondent e-  sam@swensonlawfirm.com  erica@swensonlawfir    Correspondent e-  Yes
mail:  m.com                                           mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 13, 2023 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jul. 20, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 20, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 25, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 25, 2022 | PUBLISHED FOR OPPOSITION | |
| Jan. 05, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 20, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 15, 2021 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION | |
| Jun. 10, 2021 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Jun. 10, 2021 | LETTER OF SUSPENSION E-MAILED | |
| Jun. 10, 2021 | SUSPENSION LETTER WRITTEN | |
| Jun. 03, 2021 | ASSIGNED TO EXAMINER | |
| Feb. 19, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 15, 2020 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None
### File Location

Current Location:  PUBLICATION AND ISSUE SECTION        Date in Location:  Apr. 12, 2022

# Assignment Abstract Of Title Information

**Summary**

Total Assignments:  1                          Registrant:  Michael Allen

**Assignment 1 of 1**

|  |  |  |  |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 7762/0124 | **Pages:** | 7 |
| **Date Recorded:** | Jun. 24, 2022 | | |
| **Supporting Documents:** | assignment-tm-7762-0124.pdf | | |

**Assignor**

|  |  |  |  |
|---|---|---|---|
| **Name:** | ALLEN, MICHAEL | **Execution Date:** | Apr. 12, 2022 |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | UNITED STATES |

**Assignee**

|  |  |  |  |
|---|---|---|---|
| **Name:** | PINNACLE EMPLOYEE SERVICES, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 2377 GOLD MEADOW WAY STE 100 GOLD RIVER, CALIFORNIA 95670 | | |

**Correspondent**

|  |  |
|---|---|
| **Correspondent Name:** | CAGIL AREL |
| **Correspondent Address:** | 555 CAPITOL MALL, SUITE 700 555 CAPITOL MALL, SUITE 700 SACRAMENTO, CA 95814 |

**Domestic Representative - Not Found**

PTO- 1597
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Section 7 Request Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 6696685 |
| **SERIAL NUMBER** | 90376137 |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | PINNACLE EMPLOYEE SERVICES |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | PINNACLE EMPLOYEE SERVICES, INC. |
| **INTERNAL ADDRESS** | STE 100 |
| **MAILING ADDRESS** | 2377 GOLD MEADOW WAY |
| **CITY** | GOLD RIVER |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 95670 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | PINNACLE EMPLOYEE SERVICES, INC. |
| **DBA/AKA/TA/Formerly** | DBA Pinnacle Employee Services |
| **MAILING ADDRESS** | 2377 GOLD MEADOW WAY |
| **CITY** | GOLD RIVER |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 95670 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 19163707849 |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | California |
| **LEGAL ENTITY SECTION (proposed)** | |

| | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | California |

### EXPLANATION OF FILING

I need a new certificate mailed to me showing new ownership.

### ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Samuel K Swenson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | THE SWENSON LAW FIRM |
| INTERNAL ADDRESS | STE 105 |
| STREET | 8788 GREENBACK LN |
| CITY | ORANGEVALE |
| STATE | California |
| POSTAL CODE | 95662 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 916-333-0833 |
| FAX | 9164593111 |
| EMAIL | sam@swensonlawfirm.com |

### CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | SAMUEL K SWENSON |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sam@swensonlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | erica@swensonlawfirm.com |

### PAYMENT SECTION

| | |
|---|---|
| SECTION 7 FEE – Amendment filed is the correction of an immaterial error that was the fault of the USPTO | 100 |
| TOTAL FEES DUE | 100 |

### SIGNATURE SECTION

| | |
|---|---|
| DECLARATION SIGNATURE | /michael allen/ |
| SIGNATORY'S NAME | MICHAEL ALLEN |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 10/13/2023 |
| SIGNATURE METHOD | Signed directly within the form |
| REQUEST SIGNATURE | /michael allen/ |
| SIGNATORY'S NAME | MICHAEL ALLEN |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 10/13/2023 |

| ROLE OF AUTHORIZED SIGNATORY | Owner/Holder not represented by an attorney |
|---|---|
| SIGNATURE METHOD | Signed directly within the form |
| CONCURRENT 8, 8 &15, OR 8 &9 FILED | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Oct 13 15:47:06 ET 2023 |
| TEAS STAMP | USPTO/S7R-XX.XXX.XXX.XXX-20231013154707521577-6696 685-850bfc9ed5a73c906e7cf 5cdd9f7838a592d7b685f61e3 63ca289ff69b07e6a9e-CC-47 066360-202310131522229935 61 |

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Section 7 Request Form

The registrant requests the following amendment(s) to registration no. **6696685** PINNACLE EMPLOYEE SERVICES(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90376137/large) has been amended as follows:

**EXPLANATION OF FILING**
I need a new certificate mailed to me showing new ownership.

**OWNER AND/OR ENTITY INFORMATION**
**Registrant proposes to amend the following:**
**Current:** PINNACLE EMPLOYEE SERVICES, INC., a corporation of California, having an address of
   2377 GOLD MEADOW WAY STE 100
   GOLD RIVER, California 95670
   United States
**Proposed:** PINNACLE EMPLOYEE SERVICES, INC. DBA Pinnacle Employee Services, a corporation of California, having an address of
   STE 100
   2377 GOLD MEADOW WAY
   GOLD RIVER, California 95670
   United States
   XXXX
   19163707849

The owner's/holder's current attorney information: Samuel K Swenson. Samuel K Swenson of THE SWENSON LAW FIRM, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   STE 105
   8788 GREENBACK LN
   ORANGEVALE, California 95662
   United States

The phone number is 916-333-0833.

The fax number is 9164593111.

The email address is sam@swensonlawfirm.com

**Correspondence Information**
SAMUEL K SWENSON
PRIMARY EMAIL FOR CORRESPONDENCE: sam@swensonlawfirm.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): erica@swensonlawfirm.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /michael allen/    Date: 10/13/2023
Signatory's Name: MICHAEL ALLEN
Signatory's Position: Owner
Signatory's Phone: 9163707849
Signature method: Signed directly within the form

**Request Signature**
Signature: /michael allen/    Date: 10/13/2023
Signatory's Name: MICHAEL ALLEN
Signatory's Position: Owner

Signatory's Phone: 9163707849

Signature method: Signed directly within the form
The signatory has confirmed that he/she is not represented by an authorized attorney, and that he/she is either: (1) the owner/holder ; or (2) a person or persons with legal authority to bind the owner/holder; and if he/she had previously been represented by an attorney in this matter, either he/she revoked their power of attorney by filing a signed revocation with the USPTO or the USPTO has granted this attorney's withdrawal request.

The registrant is filing a Declaration of Use of Mark under Section 8; a Combined Declaration of Use of Mark under Sections 8 & 15; or a Combined Declaration of Use of Mark/Application for Renewal of Registration of Mark under Sections 8 & 9 in conjunction with this Section 7 Request.

Mailing Address:   SAMUEL K SWENSON
THE SWENSON LAW FIRM
STE 105
8788 GREENBACK LN
ORANGEVALE, California 95662
Mailing Address:   Samuel K Swenson
THE SWENSON LAW FIRM
STE 105
8788 GREENBACK LN
ORANGEVALE, California 95662

PAYMENT: 6696685
PAYMENT DATE: 10/13/2023

Serial Number: 90376137
Internet Transmission Date: Fri Oct 13 15:47:06 ET 2023
TEAS Stamp: USPTO/S7R-XX.XXX.XXX.XXX-202310131547075

21577-6696685-850bfc9ed5a73c906e7cf5cdd9
f7838a592d7b685f61e363ca289ff69b07e6a9e-
CC-47066360-20231013152222993561

# United States of America

## United States Patent and Trademark Office

## PINNACLE EMPLOYEE SERVICES

**Reg. No. 6,696,685**

**Registered Apr. 12, 2022**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Michael Allen  (UNITED STATES INDIVIDUAL)
2377 Gold Meadow Way
Gold River, CALIFORNIA 95670

CLASS 35: Human resources consultation; Payroll preparation

FIRST USE 8-6-2013; IN COMMERCE 9-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "EMPLOYEE SERVICES"

SER. NO. 90-376,137, FILED 12-11-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 25, 2022 00:50 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 90376137: PINNACLE EMPLOYEE SERVICES |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 90376137
**Mark:** PINNACLE EMPLOYEE SERVICES
**International Class(es):** 035
**Owner:** Michael Allen
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jan 25, 2022.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2022-01-25&serialNumber=90376137

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=90376137&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90376137&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 90376137
**Mark:** PINNACLE EMPLOYEE SERVICES
**International Class(es):** 035
**Owner:** Michael Allen
**Docket/Reference No.**

**Issue Date:** January 5, 2022

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on January 25, 2022.**

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

**Email Address(es):**

sam@swensonlawfirm.com
erica@swensonlawfirm.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, January 5, 2022 04:08 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 90376137: PINNACLE EMPLOYEE SERVICES |

## NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (U.S. Serial No. 90376137) is scheduled to publish in the *Official Gazette* on Jan 25, 2022.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=90376137.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90376137 | FILING DATE | 12/11/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | JOHNSON, DONALD OLVIN | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/21/2021 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 12/21/2021 |
| LITERAL MARK ELEMENT | PINNACLE EMPLOYEE SERVICES |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | PINNACLE EMPLOYEE SERVICES |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Michael Allen |
|---|---|
| ADDRESS | 2377 Gold Meadow Way<br>Gold River, CA 95670 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION TEXT | Human resources consultation; Payroll preparation |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 035 | FIRST USE DATE | 08/06/2013 | FIRST USE IN COMMERCE DATE | 09/01/2013 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "EMPLOYEE SERVICES" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/20/2021 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 12/15/2021 | RCCK | S | SUSPENSION CHECKED ? TO ATTORNEY FOR ACTION | 007 |
| 06/10/2021 | GNS3 | O | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 006 |
| 06/10/2021 | GNSL | F | LETTER OF SUSPENSION E-MAILED | 005 |
| 06/10/2021 | CNSL | R | SUSPENSION LETTER WRITTEN | 004 |
| 06/03/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 02/19/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/15/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Samuel K Swenson |
|---|---|
| CORRESPONDENCE ADDRESS | SAMUEL K SWENSON<br>THE SWENSON LAW FIRM<br>8788 GREENBACK LN<br>STE 105<br>ORANGEVALE, CA 95662 |
| DOMESTIC REPRESENTATIVE | NONE |

# PINNACLE EMPLOYEE SERVICES

| To: | Michael Allen (sam@swensonlawfirm.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 90376137 - PINNACLE EMPLOYEE SERVICES - N/A |
| **Sent:** | June 10, 2021 11:53:02 AM |
| **Sent As:** | ecom104@uspto.gov |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial**
**No.** 90376137

**Mark:** PINNACLE
EMPLOYEE SERVICES

**Correspondence**
**Address:**
   SAMUEL K
SWENSON
   THE SWENSON
LAW FIRM
   8788 GREENBACK
LN
   STE 105
   ORANGEVALE, CA
95662
**Applicant:** Michael
Allen

**Reference/Docket No.**
N/A

**Correspondence Email**
**Address:**

sam@swensonlawfirm.com

## SUSPENSION NOTICE
## No Response Required

**Issue date:  June 10, 2021**

**The application is suspended** for the reason specified below.  *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

The pending application below has an earlier filing date or effective filing date than applicant's application.  If the mark in the application below registers, the USPTO may refuse registration of applicant's mark under Section 2(d) because of a likelihood of confusion with the registered mark(s).  15 U.S.C. §1052(d); *see* 37 C.F.R. §2.83; TMEP §1208.02(c).  Action on this application suspended until the prior-filed application below either registers or abandons.  37 C.F.R. 2.83(c).  Information relevant to the application below is provided in this letter.

   - U.S. Application Serial No. 90284799

**Suspension process.**  The USPTO will periodically check this application to determine if it should remain suspended.  *See* TMEP §716.04.  As

needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension.  TMEP §716.05.

**No response required.**  Applicant may file a response, but is not required to do so.

/Donald Johnson/
Donald O. Johnson
Examining Attorney
Law Office 104
571-272-7831
don.johnson@uspto.gov

**Print: Jun 7, 2021**                      **90284799**

**DESIGN MARK**

**Serial Number**
90284799

**Status**
NON-FINAL ACTION - MAILED

**Word Mark**
PINNACLE EMPLOYEE SERVICES

**Standard Character Mark**
No

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Pinnacle Holding Company, LLC LIMITED LIABILITY COMPANY NEW YORK 507
Plum St., Suite 120 Syracuse NEW YORK 13204

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Payroll
administration and management services.  First Use: 2014/11/18.  First
Use In Commerce: 2014/11/18.

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S:
Administration of employee benefit plans concerning insurance and
finance; Claims administration in the field of workers' compensation.
First Use: 2014/11/18.  First Use In Commerce: 2014/11/18.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EMPLOYEE SERVICES"
APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of an icon of two triangular figures representing
people positioned to the left of the words Pinnacle Employee Services.

**Filing Date**
2020/10/28

**Examining Attorney**
BROWNE, LUCY ELLEN

-1-

**Print: Jun 7, 2021**                    **90284799**

**Attorney of Record**
George R. McGuire



| To: | Michael Allen (sam@swensonlawfirm.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 90376137 - PINNACLE EMPLOYEE SERVICES - N/A |
| **Sent:** | June 10, 2021 11:53:04 AM |
| **Sent As:** | ecom104@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

### USPTO OFFICIAL NOTICE_

Office Action (Official Letter) has issued
on **June 10, 2021** for
### U.S. Trademark Application Serial No. 90376137

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter.  Please follow the steps below.

**(1) Read the official letter.**  No response is necessary.

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

/Donald Johnson/
Donald O. Johnson
Examining Attorney
Law Office 104
571-272-7831
don.johnson@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**\*\*\* User:djohnson2 \*\*\***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 90376137[SN] |
| 02 | 454 | N/A | 0 | 0 | 0:01 | *p{"iy"} {"n"1:2} {v} {"ck"}1*[bi,ti] not dead[ld] |
| 03 | 3802073 | N/A | 0 | 0 | 0:01 | "035"[cc] |
| 04 | 268 | 0 | 266 | 252 | 0:01 | 2 and 3 |
| 05 | 808 | N/A | 0 | 0 | 0:01 | *mpl{v} {"iy"}e*[bi,ti] not dead[ld] |
| 06 | 16148 | N/A | 0 | 0 | 0:12 | *{"sz"} {v}rv{"iy"} {"szc"} {v} *[bi,ti] not dead[ld] |
| 07 | 2 | 0 | 2 | 2 | 0:01 | 2 and 5 and 6 |

Session started 6/7/2021 9:04:01 AM
Session finished 6/7/2021 10:18:43 AM
Total search duration 0 minutes 18 seconds
Session duration 74 minutes 42 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 90376137

**\*\*\* User:djohnson2 \*\*\***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 90376137[SN] |
| 02 | 454 | N/A | 0 | 0 | 0:01 | *p{"iy"} {"n"1:2} {v} {"ck"}l*[bi,ti] not dead[ld] |
| 03 | 3802073 | N/A | 0 | 0 | 0:01 | "035"[cc] |
| 04 | 268 | 0 | 266 | 252 | 0:01 | 2 and 3 |
| 05 | 808 | N/A | 0 | 0 | 0:01 | *mpl{v} {"iy"}e*[bi,ti] not dead[ld] |
| 06 | 16148 | N/A | 0 | 0 | 0:12 | * {"sz"} {v}rv{"iy"} {"szc"} {v} *[bi,ti] not dead[ld] |
| 07 | 2 | 0 | 2 | 2 | 0:01 | 2 and 5 and 6 |

Session started 6/7/2021 9:04:01 AM
Session finished 6/7/2021 10:18:42 AM
Total search duration 0 minutes 18 seconds
Session duration 74 minutes 41 seconds
Defaut NEAR limit=1 ADJ limit=1


Sent to TICRS as Serial Number: 90376137

# PINNACLE EMPLOYEE SERVICES

PINNACLE EMPLOYEE SERVICES®

HR | Payroll | Benefits



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90376137**
**Filing Date: 12/11/2020**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | PINNACLE EMPLOYEE SERVICES |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | PINNACLE EMPLOYEE SERVICES |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Michael Allen |
| ***MAILING ADDRESS** | 2377 Gold Meadow Way |
| ***CITY** | Gold River |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 95670 |
| ***DOMICILE** | XXXX |
| **PHONE** | 916-370-7849 |
| ***EMAIL ADDRESS** | XXXX |
| **WEBSITE ADDRESS** | pinnaclehro.com |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | INDIVIDUAL |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 035 |

| *IDENTIFICATION | Human resources consultation; Payroll preparation |
|---|---|
| *FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 08/06/2013 |
|    FIRST USE IN COMMERCE DATE | At least as early as 09/01/2013 |
|    SPECIMEN FILE NAME(S) | |
|    ORIGINAL PDF FILE | SPE0-26033006101aa50051f3 7ae17c578d34-202012111445 39596904 _ Pinnacle_Scree n_Shot_2020-12-11_at_12.0 3.40_PM.pdf |
|    CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\761\90376137\xml1\ FTK0003.JPG |
|    SPECIMEN DESCRIPTION | Screenshot of website-URL https://www.pinnaclehro.com/home, taken on 12/11/2020-showing use of the mark advertising the related services. |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use employee services apart from the mark as shown. |
| **ATTORNEY INFORMATION** | |
| NAME | Samuel K Swenson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The Swenson Law Firm |
| INTERNAL ADDRESS | Ste 105 |
| STREET | 8788 Greenback Ln |
| CITY | Orangevale |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 95662 |
| PHONE | 916-333-0833 |
| FAX | 9164593111 |
| EMAIL ADDRESS | sam@swensonlawfirm.com |
| **CORRESPONDENCE INFORMATION** | |

| NAME | Samuel K Swenson |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sam@swensonlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | erica@swensonlawfirm.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Samuel K Swenson/ |
| * SIGNATORY'S NAME | Samuel K Swenson |
| * SIGNATORY'S POSITION | Attorney of record, California Bar member |
| SIGNATORY'S PHONE NUMBER | 916-333-0833 |
| * DATE SIGNED | 12/11/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90376137**
**Filing Date: 12/11/2020**

## To the Commissioner for Trademarks:

**MARK:** PINNACLE EMPLOYEE SERVICES (Standard Characters, see mark)
The literal element of the mark consists of PINNACLE EMPLOYEE SERVICES. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Michael Allen, a citizen of United States, having an address of
   2377 Gold Meadow Way
   Gold River, California 95670
   United States
   916-370-7849(phone)
   XXXX
Domiciled at: XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 035:  Human resources consultation; Payroll preparation

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 08/06/2013, and first used in commerce at least as early as 09/01/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshot of website-URL https://www.pinnaclehro.com/home, taken on 12/11/2020-showing use of the mark advertising the related services..

**Original PDF file:**
SPE0-26033006101aa50051f3_7ae17c578d34-202012111445_39596904_._Pinnacle_Scree_n_Shot_2020-12-11_at_12.0 3.40_PM.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**Disclaimer**
No claim is made to the exclusive right to use employee services apart from the mark as shown.

For informational purposes only, applicant's website address is: pinnaclehro.com
The owner's/holder's proposed attorney information: Samuel K Swenson. Samuel K Swenson of The Swenson Law Firm, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   Ste 105
   8788 Greenback Ln
   Orangevale, California 95662
   United States
   916-333-0833(phone)
   9164593111(fax)
   sam@swensonlawfirm.com

Samuel K Swenson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Samuel K Swenson
PRIMARY EMAIL FOR CORRESPONDENCE: sam@swensonlawfirm.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): erica@swensonlawfirm.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Samuel K Swenson/  Date: 12/11/2020
Signatory's Name: Samuel K Swenson
Signatory's Position: Attorney of record, California Bar member
Signatory's Phone Number: 916-333-0833
Payment Sale Number: 90376137
Payment Accounting Date: 12/11/2020

Serial Number: 90376137
Internet Transmission Date: Fri Dec 11 15:26:35 ET 2020
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20201211152635135061-90376137-
750539fb167dcf084d1f88f389fcaa03264771ed
7541c96113e5fab72e632ef168-CC-26335897-2

0201211144539596904

# PINNACLE EMPLOYEE SERVICES



## A Full Service HR Provider

Pinnacle Employee Services is a full-service HR Management company. We are dedicated to assisting businesses with increased compliance requirements resulting from the rapidly evolving legislation. Our goal is to minimize your administrative burden across the entire spectrum of payroll, tax, HR and benefits, so that you can focus on running your business.

You will be impressed by how smoothly your payroll and HR functions will run when they are handled by Pinnacle. We provide the best-in class solutions that help you run your business better. These solutions allow you to focus on growing your business without the stressful and time consuming tasks of Payroll and Human Resource compliance.

With our cutting – edge technology, our services provide businesses an intuitive and comprehensive solution that delivers trouble free payroll services and strategic HR Outsourcing services. No matter what industry or size your business is, we have a solution for you.

To get started, contact Pinnacle Employee Services and we will put an action plan together to relieve you of those stressful and daunting payroll and human resource tasks.



# Likelihood of Confusion

Likelihood of confusion exists between trademarks when the marks are so similar and the goods and/or services for which they are used are so related that consumers would mistakenly believe they come from the same source.  Each application is decided on its own facts, and no strict mechanical test exists for determining likelihood of confusion.

## Similarity of Marks

To determine whether a likelihood of confusion exists, the marks are first examined for their similarities and differences.  Note that in order to find a likelihood of confusion, the marks do not have to be identical.  When marks sound alike when spoken, are visually similar, and/or create the same general commercial impression in the consuming public's mind, the marks may be considered confusingly similar.  Similarity in sound, appearance, and/or meaning may be sufficient to support a finding of likelihood of confusion, depending on the relatedness of the goods and/or services. The following are examples of marks that would be considered similar:

## Sound

The marks sound alike.



| Our Mark | Their Mark (Conflicting Mark) |
|---|---|

## Appearance

The marks look very similar, even though the one on the right uses a different style font.



## Commercial Impression

Because the marks include the same design element, they create a similar overall commercial impression, even though the one on the right the logo is on the left-hand side of the text.



## Relatedness of Goods and/or Services

Even if two marks are found to be confusingly similar, a likelihood of confusion will exist only if the goods and/or services upon which or in conjunction with the marks are used are, in fact, related.  Whether the goods and/or services are related is determined by considering the commercial relationship between the goods and/or services identified in the application with those identified in the registration or earlier-filed application.  To find relatedness between goods and/or services, the goods and/or services do not have to be identical.  It is sufficient that they are related in such a manner that consumers are likely to assume (mistakenly) that they come from a common source.  The issue is not whether the actual goods and/or services are likely to be confused but, rather, whether a likelihood of confusion would exist as to the source of the goods and/or services. The following are examples of related goods and/or services:

Services

| Our Services | Their services (Conflicting Services) |
|---|---|
| <ul><li>Employee Administration</li><li>Payroll</li><li>HR Compliance/Administration</li><li>Benefits</li><li>Insurance</li></ul> | <ul><li>Employee Administration</li><li>Payroll</li><li>Benefits</li><li>HR / Compliance</li><li>Retirement / 401(k)</li></ul> |

**Our website**



**Payroll & HR done better**

Their website



**Owning a business shouldn't mean paying more for Employee Benefits, Payroll, and Human Resources tools.**

We founded Pinnacle Employee Services to streamline these processes for you so you can focus on what's important: growing your business.

   

Source: uspto.gov