# EXHIBIT 4

10/5/22, 1:00 PM                                                                                   Whois pinnaclehro.com



Enter Domain or IP        WHOIS

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

# pinnaclehro.com

Updated 1 second ago

Interested in similar domains?

| paragonhro.com | Buy Now |
| pinnaclehroconsulting.com | Buy Now |
| cornerstonehro.com | Buy Now |
| pinnaclehrosolutions.com | Buy Now |
| pinnaclehro.net | Buy Now |
| paragonhro.net | Buy Now |

## Domain Information

| | |
|---|---|
| Domain: | pinnaclehro.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2013-08-06 |
| Expires On: | 2023-08-06 |
| Updated On: | 2022-09-14 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | speedy1.2leaf.com<br>speedy2.2leaf.com |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=PINNACLEHRO.COM |

.space
$24.88  $0.88
BUY NOW
*Offer ends 31st October 2022

On Sale!



.CO @ $11.88  $31.88

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |

10/5/22, 1:00 PM                                          Whois pinnaclehro.com

| | |
|---|---|
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=PINNACLEHRO.COM |



### Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=PINNACLEHRO.COM |

### Raw Whois Data

```
Domain Name: PINNACLEHRO.COM
Registry Domain ID: 1820177789_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2013-08-06T12:32:41Z
Creation Date: 2013-08-06T12:32:41Z
Registrar Registration Expiration Date: 2023-08-06T12:32:41Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whoi
```

```
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/res
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/resu
Name Server: SPEEDY1.2LEAF.COM
Name Server: SPEEDY2.2LEAF.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-10-05T20:00:47Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed
registrar to be reliable, is provided "as is" with no guarantee or warranties regar
accuracy. This information is provided for the sole purpose of assisting you in obt
information about domain name registration records. Any use of this data for any ot
is expressly forbidden without the prior written permission of this registrar. By s
an inquiry, you agree to these terms and limitations of warranty. In particular, yo
to use this data to allow, enable, or otherwise support the dissemination or collec
data, in part or in its entirety, for any purpose, such as transmission by e-mail,
postal mail, facsimile or other means of mass unsolicited, commercial advertising o
of any kind, including spam. You further agree not to use this data to enable high
or robotic electronic processes designed to collect or compile this data for any pu
mining this data for your own personal or commercial purposes. Failure to comply wi
may result in termination of access to the Whois database. These terms may be subje
at any time without notice.
```

## related domain names

godaddy.com    icann.org    2leaf.com    domainsbyproxy.com    internic.net



Whois
Identity for everyone

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login  or  Create an Account

| Domains | Hosting & Products | Infrastructure |
|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details |
| Transfer Domain Name | Windows Hosting | Hosting Security |
| View Domain Pricing | WordPress Hosting | 24 x 7 Servers Monitoring |
| Whois Lookup | Linux Reseller Hosting | Backup and Recovery |
| Name Suggestion Tool | Windows Reseller Hosting | |
| Free with Every Domain | Dedicated Servers | Support |

Follow Us                    Domain Offers                Cloud Hosting              View Knowledge Base

                                                          Website Builder            Contact Support

                                                          Business Email             Report Abuse

                                                          Enterprise Email           About Whois

                                                          Google Workspace

                                                          SSL Certificates

                                                          Sitelock

                                                          CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

10/5/22, 1:00 PM                                              Whois pinnacleemployeeservices.com



# pinnacleemployeeservices.com

Updated 2 minutes ago

Interested in similar domains?

## Domain Information

| | |
|---|---|
| Domain: | pinnacleemployeeservices.com |
| Registrar: | Network Solutions, LLC |
| Registered On: | 2014-10-21 |
| Expires On: | 2025-10-21 |
| Updated On: | 2022-06-21 |
| Status: | clientTransferProhibited |
| Name Servers: | ed.ns.cloudflare.com<br>fay.ns.cloudflare.com |

pinnacleemployeesolutions.com — Buy Now
pinnacleemployeeservicesgroup.com — Buy Now
pinnacleemployeeservicesllc.com — Buy Now
pinnacleemployeeservice.com — Buy Now
pinnacleemployeeservices.net — Buy Now
pinnacleemployeeservicesonline.com — Buy Now

## Raw Whois Data

```
Domain Name: PINNACLEEMPLOYEESERVICES.COM
Registry Domain ID: 1881447720_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2022-06-21T17:27:11Z
Creation Date: 2014-10-21T14:19:24Z
Registry Expiry Date: 2025-10-21T14:19:24Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Name Server: ED.NS.CLOUDFLARE.COM
Name Server: FAY.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

.space
$24.88  $0.88
BUY NOW

*Offer ends 31st October 2022

**On Sale!**



.CO @ $11.88 $31.88



### related domain names

networksolutions.com   web.com   icann.org   cloudflare.com



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[ Login ]   or   [ Create an Account ]

Follow Us

| Domains | Hosting & Products | Infrastructure |
|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details |
| Transfer Domain Name | Windows Hosting | Hosting Security |
| View Domain Pricing | WordPress Hosting | 24 x 7 Servers Monitoring |
| Whois Lookup | Linux Reseller Hosting | Backup and Recovery |
| Name Suggestion Tool | Windows Reseller Hosting | |
| Free with Every Domain | Dedicated Servers | Support |
| Domain Offers | Cloud Hosting | View Knowledge Base |
| | Website Builder | Contact Support |
| | Business Email | Report Abuse |
| | Enterprise Email | About Whois |
| | Google Workspace | |
| | SSL Certificates | |
| | Sitelock | |
| | CodeGuard | |

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

Andy's Digital Marketing & Recruiting
2004 Northlake Drive, Sanford, FL 32773
407-913-4714

**Pinnacle Employee Services, Inc.**
2377 Gold Meadow Way, Suite: 100, Gold River, CA 95670

May 18, 2022

Dear Michael Allen,

After looking over the SEMRUSH data as well as my own independent Google Search results. I can confidently say that the Business / Website *pinnacleemployeeservices.com* is taking valuable organic traffic/potential leads away from *Pinnacle HRO* by using the "Pinnacle Employee Services" term as their own website domain.

They show up at the number 1 spot on Google for all related search results with *pinnaclehro.com* either at rank 2 or 3. Most people will always click & trust the first website that they see pop up on the search results.

Google is where millions across the globe turn first for answers to their questions, big and small. If they're lucky, they usually find them within the first few results returned. That's why websites that are on the top of Google's search engine results pages grab 36.4% of the traffic was missed by lower-ranked websites.

Simply put, ranking on the first page results in more traffic and a higher clickthrough rate, or CTA. This means more new leads and more new clients to the business. Ranking at the number 1 spot on google not only boosts your business's ability to generate traffic and leads but also increases the degree to which your audience sees your business as authentic. Data shows that web visitors think the first website at the top of Google is the more authentic business in their industry. It is a psychological game that gives you the advantage. Whether the business is large or small, a better ranking surely increases the authenticity of the business.

In one month *PinnacleHRO.com* received only 17 organic clicks with PinnacleEmployeeServices.com got over 559 in that same period. When looking at

the yearly organic stats, you can see that *PinnacleHRO.com* receives an average of 25-40 clicks per month. In that same year period, *PinnacleEmployeeServices.com* receives anywhere from 500 to 750 monthly organic clicks.

PinnacleEmployeeServices.com is making the authenticity of PinnacleHRO.com decrease significantly in the eyes of the public, by showing up above them with the full search term as the URL Domain.

Warm regards,

Andrew Gonzalez
President/CEO

*[signature]*