

ORIGIN ID:MHRA  (916) 526-2600
MICHAEL ALLEN
PINNACLE EMPLOYEE SERVICES
2377 GOLD MEADOW WAY
SUITE 100
GOLD RIVER, CA 95670
UNITED STATES US

SHIP DATE: 13MAR24
ACTWGT: 3.00 LB
CAD: 104748686/INET4535

BILL SENDER

TO  CLERK, US DISTRICT COURT
FEDERAL BUILDING & COURTHOUSE
15 HENRY STREET

BINGHAMTON NY 13901
(916) 526-2600      REF:
INV:
PO:                 DEPT:



FedEx Express



THU - 14 MAR 10:30A
PRIORITY OVERNIGHT

TRK# 7755 3494 4790
0201

XE BGMA     13901
         NY-US  SYR

