Tuesday, April 2, 2024

To Whom It May Concern:

My name is Michael Allen the Owner, President/CEO of Pinnacle Employee Services®. I am asking the courts for an additional 60 days to find legal representation for myself and Pinnacle Employee Services®. I am currently looking for council and since I am a disabled-veteran, I am reaching out to organizations that provide legal services to disabled veteran-owned businesses.

Having the courts granting me 60 days would help me apply for these services and help defend myself and company's trademark.

Thank you for your time.

Sincerely,

*Michael Allen*

President/CEO
Pinnacle Employee Services®