

**JAMES P. YOUNGS**
Direct Dial No: (315) 565-4558
jyoungs@hancocklaw.com

April 3, 2024

Hon. Glenn T. Suddaby, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

*Via ECF*

      Re:    *Pinnacle Holding Company, LLC, et. al v. Michael Allen, et al.*,
               Civil Action No. 5:24-cv-239 (GTS/TWD)

Dear Judge Suddaby:

      We are in receipt of the Court's April 2, 2024 Text Order, ECF No. 13, confirming the briefing schedule and setting hearing date for the Plaintiff's motion for a preliminary injunction. I will be out of town the week of the hearing date of April 24, 2024 and therefore request a short adjournment. The following week, I have a medical appointment on Monday, April 29, and an administrative trial scheduled for Thursday, May 2. I can otherwise make myself available to the Court that week.

      We are able to adhere to the other deadlines noted in the Court's Order and appreciate its efforts to expediate the motion.

      We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    HANCOCK ESTABROOK, LLP

                    James P. Youngs

JPY/ceg

cc:    Michael Allen
       2377 Gold Meadow Way, Suite 100
       Gold River, CA 95670

{H5427041.1}