



James P. Youngs
jyoungs@hancocklaw.com
(315) 565-4558

February 27, 2024

US District Court
Northern District of New York
**Attn: Clerk's Office**
PO Box 7367
Syracuse, NY 13261

      Re:    Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC
               v. Michael Allen and Pinnacle Employee Services, Inc.
               Case No.: 5:24-cv-00239-GTS-TWD

Dear Sir/Madam:

Enclosed please find a CD-rom that contains Exhibits B and L to Elizabeth Conklin's Declaration, ECF#2-2, within the above-mentioned case.

Please don't hesitate to contact us if you have any questions. Thank you.

                                              Sincerely

                                              Catherine Gerson
                                              Legal Assistant

Encls.







**HANCOCK ESTABROOK** LLP

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202

US District Court
Northern District of New York
**Attn: Clerk's Office**
PO Box 7367
Syracuse, NY 13261

FRAGILE DO NOT BEND

U.S. DIST. COURT
JOHN M. DOMURAD, CLERK
APR - 8 2024
RECEIVED

quadient
CORRECTION
IMI
03/01/2024 ZIP 13202
043M30228633
$003.13
US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
02/27/2024 ZIP 13202
043M30228633
$001.87
US POSTAGE