IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC,<br><br>                  Plaintiffs,<br><br>v.<br><br>MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC.,<br><br>                  Defendants. | Civil Action No. 5:24-cv-239 (GTS/TWD) |

**CERTIFICATE OF SERVICE**

      I, Catherine Gerson, hereby attest that on April 9, 2024, I caused a true and correct copy of a CD-ROM containing digital exhibits B and L to Elizabeth Conklin's Declaration, ECF #2-2, to be served by way of United States Postal Service, upon the following:

Pinnacle Employee Services, Inc.
Attn: Michael Allen
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670

 

*[signature]*

Catherine Gerson, Legal Assistant to
James P. Youngs, Esq.
Hancock Estabrook, LLP
*Attorneys for Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC.*
Syracuse, NY 13202