

Hon. Glenn T. Suddaby  
April 11, 2024  
Page 1

**JAMES P. YOUNGS**
Direct Dial No: (315) 565-4558
jyoungs@hancocklaw.com

April 11, 2024

Hon. Glenn T. Suddaby, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

*Via ECF*

    Re: *Pinnacle Holding Company, LLC, et. al v. Michael Allen, et al.*, Civil Action No. 5:24-cv-239 (GTS/TWD)

Dear Judge Suddaby:

  As you know, this office is counsel for the Plaintiffs. On April 8, we filed a Stipulation (ECF 18) signed by the Defendant Michael Allen in which he consented to the preliminary relief sought in the Plaintiffs' pending motion for a preliminary injunction. ECF 2 and 7. In light of that stipulation, the Plaintiffs would agree to withdraw their motion. *Id.* at ¶ 10. Mr. Allen also acknowledged service of process of the Summons and Complaint. *Id.* at ¶ 11.

  The Defendant has engaged counsel for the purpose of attempting to reach a negotiated settlement of the dispute, though apparently not to appear in this litigation at this time. Accordingly, and in light of the Defendant's acknowledgement of service, the Plaintiffs consented to an extension of the Defendants' time to Answer the Complaint to be due June 1.

  The Plaintiffs therefore respectfully request that the Court "So Order" the Stipulation and mark the Plaintiffs' motion off the calendar. Additionally, to give the parties the time to explore settlement, the Plaintiffs request that the Rule 16 Conference presently scheduled for May 20 be adjourned to July 1 or later, and that the attendant Rule 26(f) conference and Civil Case Management Plan filing deadlines be extended accordingly.

  We thank the Court for its attention to this matter.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

*/s/ James P. Youngs*

James P. Youngs

{H5427041.1}
4885-8309-5222, v. 1



Hon. Glenn T. Suddaby
April 11, 2024
Page 2

JPY/ceg

cc: Michael Allen
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670

{H5427041.1}
4885-8309-5222, v. 1