AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC, <br> *Plaintiff* <br> v. <br> MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC., <br> *Defendant* | ) ) ) ) ) ) Case No. 5:24-cv-00239-GTS-TWD |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Michael Allen and Pinnacle Employee Services, Inc.

Date: May 31, 2024

/s/ David D. Lin
*Attorney's signature*

David D. Lin (N.D.N.Y Bar Roll #700892)
*Printed name and bar number*

Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
*Address*

david@iLawco.com
*E-mail address*

(718) 243-9323
*Telephone number*

(718) 243-9326
*FAX number*