### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

PINNACLE HOLDING COMPANY, LLC and
PINNACLE EMPLOYEE SERVICES, LLC,

                             Plaintiffs,

              v.

MICHAEL ALLEN and PINNACLE EMPLOYEE
SERVICES, INC.,

                             Defendants.

**STIPULATION**

Civil Action No. 5:24-cv-239
(GTS/TWD)

## STIPULATION TO FILE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC (collectively, "Plaintiffs"), filed a Complaint with Exhibits in the above captioned action on February 16, 2024.

WHEREAS, by Stipulated Order dated April 12, 2024, Defendants Michael Allen and Pinnacle Employee Services, Inc. (collectively, "Defendants"), acknowledged receiving good and sufficient service of process of the Summons and Complaint.

WHEREAS, by Stipulated Order dated April 12, 2024 Defendants' Answer to the Complaint was to be served on or before June 1, 2024.

WHEREAS, by Text Order dated June 3, 2024, Defendants' time to answer the Complaint was extended to June 28, 2024.

WHEREAS, Defendants have not yet filed an Answer to the Complaint.

WHEREAS, Plaintiffs intend to file a First Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants as follows:

1.      Defendants consent to Plaintiffs filing a First Amended Complaint prior to the Defendants filing their Answer to the Complaint, pursuant to Fed. R. Civ. P. 15(a)(2);

2.      Defendants shall file an Answer to the First Amended Complaint in the time allotted by Fed. R. Civ. P. 15 (a)(3); and

3.      This Stipulation may be filed with the Court without further notice.

Dated: June 26, 2024

By: _____

James P. Youngs, Esq.
Amanda C. Nardozza, Esq.
HANCOCK ESTABROOK, LLP
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202
(315)565-4500
jyoungs@hancocklaw.com
anardozza@hancocklaw.com

*Attorneys for Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC*

By: _____

David D. Lin
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, New York 11201
(718)243-9326
david@ilawco.com

*Attorneys for Defendants Michael Allen and Pinnacle Employee Services, Inc.*