# EXHIBIT F



**PSA - Beware of this IMPOSTER. A company is posing as US.**

Pinnacle Employee Services
7 subscribers

 0      Share    Download    Save

33 views  Premiered Feb 5, 2024
PSA: Please be aware of this company posing as us "Pinnacle Employee Services". We have been providing businesses with payroll, HR, and benefits since 2005. Pinnacle Employee Services is impersonating our company. We are federally trademarked with the USPTO. Please do not be fooled by this company.

**Transcript**

Follow along using the transcript.

Show transcript