# EXHIBIT I



**Pinnacle Employee Services®**
135 followers
28m · 🌐

Please stop infringing on my trademark. My Response to NY PES Cease-and-Desists Letter.

This other company "Pinnacle Employee Services" infringes on my trademark and tries to cease and desist me.

https://lnkd.in/gJuXkNei



**My Response to NY PES Cease-and-Desists Letter. I'M NOT LEAVING!!**
youtube.com

---

**Pinnacle Employee Services®**
135 followers

View full page

   👍 Like      💬 Comment       Repost

 Comment as Pinnacle Employee Services...