# EXHIBIT J



4870-6711-7770, v. 1