# EXHIBIT K



4857-6511-4058, v. 1