UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 5:24-cv-239 (GTS/TWD) |

## CERTIFICATE OF SERVICE

I, Catherine Gerson, declare under penalty of perjury, as follows:
On June 27, 2024, I caused a true and correct copy of a CD-ROM containing digital exhibits F, I, J, K, to the Amended Complaint dated June 21, 2024, to be served by way of United States Postal Service, upon the following:

| | |
|---|---|
| David D. Lin, Esq.<br>Lewis & Lin, LLC<br>*Attorneys for the Defendants*<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201 | US District Court<br>Northern District of New York<br>Attn: Clerk's Office<br>P.O. Box 7367<br>Syracuse, NY 13261 |

On June 27, 2024, Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC Amended Complaint with Exhibits A-K will be sent electronically to counsel for Defendants Michael Allen and Pinnacle Employee Services, Inc., who is a registered participant on PACER in this matter.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Catherine Gerson*
　　　　　　　　　　　　　　　　　　　　　　　Catherine Gerson, Legal Assistant to
　　　　　　　　　　　　　　　　　　　　　　　James P. Youngs, Esq. Bar Roll No.:515029
　　　　　　　　　　　　　　　　　　　　　　　Hancock Estabrook, LLP
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Pinnacle Holding*
　　　　　　　　　　　　　　　　　　　　　　　*Company, LLC and Pinnacle*
　　　　　　　　　　　　　　　　　　　　　　　*Employee Services, LLC.*
　　　　　　　　　　　　　　　　　　　　　　　Syracuse, NY 13202