



U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Jul 01 - 2024
John M. Domurad, Clerk

James P. Youngs
jyoungs@hancocklaw.com
(315) 565-4558

June 27, 2024

US District Court
Northern District of New York
Attn: Clerk's Office
P.O. Box 7367
Syracuse, NY 13261

    Re:    Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC
             v. Michael Allen and Pinnacle Employee Services, Inc.
             Case No.: 5:24-cv-00239-GTS-TWD

Dear Sir/Madam:

Enclosed please find a CD-ROM that contains Exhibits F, I, J, and K to the Amended Complaint, ECF#27, within the above-mentioned case.

Thank you.

Sincerely,

*Catherine Gerson*
Catherine Gerson
Legal Assistant

Encls.

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202 | 315.565.4500 | 315.565.4600 | hancocklaw.com





**HANCOCK ESTABROOK** LLP

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202

US District Court
Northern District of New York
**Attn: Clerk's Office**
P.O. Box 7367
Syracuse, NY 13261

FRAGILE
DO NOT BEND

