IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF NEW YORK

PINNACLE HOLDING COMPANY, LLC and
PINNACLE EMPLOYEE SERVICES, LLC,

                Plaintiffs,

v.

MICHAEL ALLEN and PINNACLE EMPLOYEE
SERVICES, INC.,

                Defendants.

**STIPULATION**

Civil Action No. 5:24-cv-239 (GTS/TWD)

**STIPULATION TO EXTEND TIME**

WHEREAS, Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC (collectively, "Plaintiffs"), filed a Complaint with Exhibits in the above captioned action on February 16, 2024.

WHEREAS, by Stipulated Order dated April 12, 2024, Defendants Michael Allen and Pinnacle Employee Services, Inc. (collectively, "Defendants"), acknowledged receiving good and sufficient service of process of the Summons and Complaint.

WHEREAS, by Stipulated Order dated April 12, 2024 Defendants' Answer to the Complaint was to be on or before June 1, 2024.

WHEREAS, by Text Order dated June 3, 2024, Defendants' time to answer the Complaint was extended to June 28, 2024.

4858-6773-2948, v. 1

WHEREAS, by Text Order dated June 26, 2024, the Stipulation for Plaintiffs to file an amended complaint was approved and Plaintiffs filed a First Amended Complaint on June 27, 2024.

WHEREAS, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint on July 11, 2024.

WHEREAS, Plaintiffs intend to file a response, which is presently due by August 1, 2024.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants as follows:

1. Defendants consent to Plaintiff's time to answer Defendants' motion to dismiss the amended complaint to be extended to August 15, 2024.
2. Defendants shall file a reply brief to Plaintiff's response by September 5, 2024; and
3. This Stipulation may be filed with the Court without further notice.

Dated: July 29, 2024

By:  /s *James P. Youngs*         By:  s/ *David D. Lin*

James P. Youngs, Esq.
HANCOCK ESTABROOK, LLP
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202
(315)565-4500
jyoungs@hancocklaw.com

David D. Lin
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, New York 11201
(718)243-9326
david@ilawco.com

**Attorneys for Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC**

**Attorneys for Defendants Michael Allen and Pinnacle Employee Services, Inc.**

4858-6773-2948, v. 1

So Ordered: _____
Hon. Glenn T. Suddaby, D.J.

Enter: _____

4858-6773-2948, v. 1