

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Aug 22 - 2024**
John M. Domurad, Clerk

James P. Youngs
jyoungs@hancocklaw.com
(315) 565-4558

August 16, 2024

US District Court
Northern District of New York
Attn: Clerk's Office
P.O. Box 7367
Syracuse, NY 13261

Re:   Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC
v. Michael Allen and Pinnacle Employee Services, Inc.
Case No.: 5:24-cv-00239-GTS-TWD

Dear Sir/Madam:

Enclosed please find a USB Drive that contains Exhibit E to Elizabeth Conklin's Declaration in Opposition to Motion to Dismiss, ECF#34-6, within the above-mentioned case.

Thank you.

Sincerely,

Catherine Gerson
Legal Assistant

Encls.

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202  |  315.565.4500 ☎  315.565.4600 📠  |  hancocklaw.com



**HANCOCK ESTABROOK** LLP

1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202



quadient
CORRECTION
IMI
$000.46
08/20/2024 ZIP 13202
043M30228833
US POSTAGE



quadient
FIRST-CLASS MAIL
IMI
$000.69
08/16/2024 ZIP 13202
043M30228833
US POSTAGE



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

AUG 2 2 2024

RECEIVED

US District Court
Northern District of New York
Attn: Clerk's Office
P.O. Box 7367
Syracuse, NY 13261

1326187387 BC01

