New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231-0001
http://www.dos.ny.gov

REG NO

# Original Application to Register a Service Mark

**Please read the instructions prior to completing this form; attach additional sheets as needed.**

1. APPLICANT NAME

2. ADDRESS    NUMBER AND STREET                CITY          STATE    ZIP

3. IF A CORPORATION, ENTER STATE IN WHICH INCORPORATED AND
   IF A PARTNERSHIP, ENTER STATE IN WHICH ORGANIZED

4. IF A PARTNERSHIP, LIST THE NAMES OF ALL GENERAL PARTNERS

5. DESCRIBE THE SERVICE MARK, INCLUDING A **WRITTEN** DESCRIPTION OF DESIGN FEATURES, IF ANY (DO **NOT** GLUE A FACSIMILE TO THIS FORM)

6. STATE THE SPECIFIC SERVICES FOR WHICH THE MARK IS USED

7. DESCRIBE THE MODE OR MANNER IN WHICH THE MARK IS USED

8. CLASS NUMBER(S)                    9. DATE OF    (A) IN NEW YORK STATE    (B) ANYWHERE
                                         FIRST USE

FOR OFFICE USE ONLY

The applicant is the owner of the mark, the mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form or in such near resemblance as to be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive.

The undersigned applies to register the aforesaid mark pursuant to Article 24 of the General Business Law and affirms under the penalties of perjury that the statements herein made, including any attached papers, are true.

*(Corporation, Association, Firm, etc.)*

By: _Michael Allen_ (signature) _____

*(Signature and Title of Officer)*                                         *(Date)*

DOS-0246-f-l-a   (Rev. 04/14)                                             Page 1 of 2

**Instructions:** Please refer to the [instruction sheet](instruction sheet) for completion of items 1 through 9 of the registration form.

**Definition:** The term "*service mark*" means any word, name, symbol or device or any combination thereof used by a person to identify and distinguish the services of one person, including a unique service, from the services of others, and to indicate the source of the services, even if the source is unknown. Titles, character names used by a person, and other distinctive features of radio or television programs may be registered as service marks notwithstanding that they, or the programs, may advertise the goods of the sponsor.

**General Classes of Services:**

| Class | Title | Class | Title |
|---|---|---|---|
| 35 | Advertising and Business | 39 | Transportation and Storage |
| 36 | Insurance and Financial | 40 | Material treatment |
| 37 | Construction and Repair | 41 | Education and Entertainment |
| 38 | Communication | 42 | Miscellaneous |

**Please note there is a $50 filing fee for EACH CLASSIFICATION claimed for registration.**

**Application Form:** The application must be on a current form supplied by the Department of State and be completed in the English language and plainly written or typed. If the mark or any part thereof is not in the English language, it must be accompanied by a sworn, notarized, translation.

**Specimens of the Mark:** The application must be accompanied by three specimens (examples) showing the mark as actually used.  Specimens are <u>not</u> to be stapled or glued to the form.

**Mail to:**  Please mail the completed application form together with the filing fee and three specimens of the mark to: New York State Department of State, State Records, 1 Commerce Plaza, 99 Washington Avenue, Albany, NY 12231-0001.

**Questions:** If you have any questions, call (518) 473-2492.

**Payment:** Checks or money orders should be made payable to the "Department of State." Please do not send cash through the mail.