**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

PINNACLE HOLDING COMPANY, LLC and
PINNACLE EMPLOYEE SERVICES, LLC,

Plaintiffs,

vs.

MICHAEL ALLEN and PINNACLE EMPLOYEE
SERVICES, INC.,

Defendants.

**NOTICE OF MOTION**

Civil Action No.: 5:24-cv-239
(AJB/TWD)

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiffs Pinnacle Holding Company, LLC and Pinnacle Employee Services, LLC (collectively, "Plaintiffs") |
| **DATE, TIME AND PLACE OF HEARING:** | Returnable before Hon. Anthony J. Brindisi, at the United States District Courthouse in Utica, New York |
| **RELIEF REQUESTED AND BASIS:** | An Order granting the Plaintiffs leave to file a Second Amended Complaint pursuant to FRCP 15(a)(2), or in the alternative, an Order granting the leave to file a Supplemental Complaint pursuant to FRCP 15(d). |
| **SUPPORTING PAPERS:** | Declaration of James P. Youngs dated November 21, 2025 with Exhibits A-G; Memorandum of Law dated November 21, 2025 |
| **OPPOSITION PAPERS:** | To be filed and/or submitted to Chambers by December 12, 2025 |
| **PREREQUISITE FOR MOTION:** | Decision and Order dated September 2, 2025 [ECF 43] and October 30, 2025 Text Order [ECF 49]. |

**Dated:** November 21, 2025

**HANCOCK ESTABROOK, LLP**

By: *s/ James P. Youngs*

James P. Youngs, Esq. (Bar Roll No. 515029)
Amanda C. Nardozza (Bar Roll No. 704370)
*Attorneys for Defendants*
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4558
*jyoungs@hancocklaw.com*


To: Counsel of Record *via* ECF