**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| PINNACLE HOLDING COMPANY, LLC and PINNACLE EMPLOYEE SERVICES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL ALLEN and PINNACLE EMPLOYEE SERVICES, INC., <br><br> Defendants. | **DECLARATION OF JAMES P. YOUNGS** <br><br> Civil Action No.: 5:24-cv-239 (AJB/TWD) |

**JAMES P. YOUNGS,** under the penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am counsel for Plaintiffs Pinnacle Holding Company, LLC ("PHC") and Pinnacle Employee Services, LLC ("PES LLC") (collectively, the "Plaintiffs").

2.      I submit this declaration in support of the Plaintiffs' motion for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and/or a Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d). A redlined copy of the Plaintiffs' Proposed Second Amended Complaint with Exhibits, which tracks changes made to the Plaintiffs' Amended Complaint, is attached as **Exhibit A.**  A "clean" copy of the Proposed Second Amended Complaint is attached as **Exhibit B**.

3.      The Defendant Michael Allen ("Mr. Allen") and Defendant Pinnacle Employees Services, Inc. ("PES, Inc.") (collectively, the "Defendants") moved to dismiss the Plaintiffs' Complaint for, *inter alia*, lack of personal jurisdiction over the Defendants on July 11, 2024. ECF 29. The Plaintiffs opposed the Defendants' motion to dismiss on August 15, 2024. ECF 34.

The Defendants submitted a reply in support of their motion to dismiss on September 5, 2024, which included the Supplemental Declaration of Mr. Allen (the "Supplemental Declaration") with Exhibit 1. ECF 36-36-2.

4.     This Court denied the Defendants' motion to dismiss with leave to renew following the completion of jurisdictional discovery by Order dated September 2, 2025. ECF 43.

5.     During the course of jurisdictional discovery, the Plaintiffs served the Defendants with a Third Request for the Production of Documents[1] on September 5, 2025, a copy of which is attached as **Exhibit C.** That Request asked the Defendants to produce "[a]ll documents relating to the Defendants' registration of the trademark 'Pinnacle Employee Services' in the State of New York through the New York Department of State, including but not limited to the Defendants' registration application(s) and certificate(s) of registration." Ex. C, at pg. 7, ¶ 1.

6.     The Defendants responded to the Plaintiffs' Third Request for the Production of Documents on October 6, 2025. A copy of the Defendants' Answers to Plaintiffs' Third Set of Requests for Production is attached as **Exhibit D.** In response to the Plaintiffs' request noted above, the Defendants stated they would "Produce Defendants' registration application for the 'Pinnacle Employee Services' trademark in the State of New Yok." Ex. D, at pg. 5, ¶ 1.

7.     The Defendants produced a sole pdf document entitled "Bates Stamped NY Servicemark application_Pinnacle Employee Services" bearing Bates Nos. PES000035-PES000036 (the "2023 Application"), contemporaneously with the Defendants' Answers to

---

[1] The Plaintiffs' First Request for the Production of Documents was served during pendency of the dismissal motion and pertained to the Defendants' noncompliance with the Court's Stipulated Order dated April 12, 2024. ECF. 20. The Plaintiffs' Second Request for the Production of Documents was in fact an amendment of the first based on a conference with and directive from Magistrate Judge Dancks with respect to that issue.

Plaintiffs' Third Set of Requests for Production. A true and accurate copy of the 2023 Application is attached as **Exhibit E.**

8.      At the time of the 2023 Application, the parties were actively litigating their trademark dispute in the Eastern District of California. As of March 19, 2023 the Plaintiffs' motion to dismiss the California action for lack of personal jurisdiction was pending before that court.

9.      During jurisdictional discovery, the Defendants also provided the November 7, 2025 Affirmation from Mr. Allen relating to, *inter alia*, PES, Inc.'s business activities and marketing in New York from April 12, 2017 through February 16, 2024 (the "Relevant Period"). A copy of Mr. Allen's November 7, 2025 Affirmation is attached as **Exhibit F.**

10.     The Defendants also provided the Plaintiffs with sworn interrogatories on November 7, 2025. A copy of the November 7, 2025 Interrogatories are attached as **Exhibit G.**

I declare under the penalty of perjury that the foregoing is true and correct.

**Dated:** November 21, 2025                    **HANCOCK ESTABROOK, LLP**

By: *s/ James P. Youngs*
James P. Youngs, Esq. (Bar Roll No. 515029)
Amanda C. Nardozza (Bar Roll No. 704370)
*Attorneys for Plaintiffs*
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4558
*jyoungs@hancocklaw.com*

4901-0651-4555, v. 3