# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PINNACLE HOLDING COMPANY, LLC and
PINNACLE EMPLOYEE SERVICES, LLC

Plaintiffs,

v.

MICHAEL ALLEN and PINNACLE
EMPLOYEE SERVICES, INC.

Defendants.

Civil Action No. 5:24-cv-239 (AJB/TWD)

**AFFIRMATION OF
MICHAEL ALLEN**

I, MICHAEL ALLEN, affirm under penalty of perjury that the following is true and

correct:

1.      I am the owner of Pinnacle Employee Services, Inc. ("PES"), a corporation organized

under the laws of California, with its principal place of business located at 2377 Gold Meadow Way,

Gold River, California 95670.

2.      From April 12, 2017, through February 16, 2024 (the "Relevant Period"), PES did

not maintain any offices, employees, or agents in the State of New York.

3.      During the Relevant Period, PES had no clients or customers located in New York,

including remote clients or subsidiaries with New York addresses. Nor did PES execute any contracts

with, receive payments from, or provide services to entities registered or operating in New York.

4.      During the Relevant Period, I never personally conducted in-person meetings or

business solicitations, or provided services in New York on behalf of PES.

5.      PES's business operations are conducted entirely outside New York.

6.      During the relevant period, PES did not conduct or direct any advertising, marketing,

or promotional campaigns specifically targeting residents or businesses located in New York.

7. PES has not purchased or used cookies, online advertisements, SEO, or geo-targeting tools directed at New York users.

8. All PES marketing has been general in nature and not tailored to any specific geographic region.

9. During the relevant period, PES did not send or direct any communications concerning Plaintiffs or their trademarks to any New York-based clients, competitors, or other business entities.

10. To my knowledge, PES did not communicate with any New York offices of social-media platforms such as Facebook, Instagram, or LinkedIn. Any communications with these companies were made through general online interfaces or contact forms, and I do not know where those submissions were routed or processed.

11. I have not submitted any online complaints, DMCA notices, or reports that I know were directed to or handled by New York offices or personnel.

12. PES operates the website www.pinnaclehro.com, which is hosted by GoDaddy.

13. The website is passive and informational and does not allow users to register, create accounts, or purchase services.

14. The website contains links for existing PES clients to access third-party service portals operated by Intuit (payroll) and Mineral (HR platform). Those portals are external to PES's site and require login credentials provided only to existing clients.

15. PES's website does not allow user registration of any kind and does not collect information identifying visitors from New York or elsewhere.

16. To the best of my knowledge and based on the data available through GoDaddy, no New York resident has registered for, logged into, created an account for, or communicated with

2

PES through the website during the Relevant Period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 7, 2025, in Gold River, California.


_Michael Allen_

_____

Michael Allen

3