# EXHIBIT A

**Subject: Servicemark**

 **Thomas, Carolyn (DOS)** <Carolyn.Thomas@dos.ny.gov>    Mar 19, 2024, 6:59 AM
to Michael Allen - Pinnacle ▾

Hello,

I will have to return your application back to rejected due to the business cards does not match what you have in #5. I tried calling you but it was a constant busy single.

Carolyn Thomas
State Records
Office Assistant 1