**Exhibit D**

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231-0001
http://www.dos.ny.gov

REG NO

## *Original Application to Register a Service Mark*

**Please read the instructions prior to completing this form; attach additional sheets as needed.**

1. APPLICANT NAME
Pinnacle Employee Services, Inc.

2. ADDRESS    NUMBER AND STREET                    CITY              STATE    ZIP
2377 Gold Meadow Way, Ste. 100, Gold River, CA 95670

3. IF A CORPORATION, ENTER STATE IN WHICH INCORPORATED AND
   IF A PARTNERSHIP, ENTER STATE IN WHICH ORGANIZED
California

4. IF A PARTNERSHIP, LIST THE NAMES OF ALL GENERAL PARTNERS

5. DESCRIBE THE SERVICE MARK, INCLUDING A **WRITTEN** DESCRIPTION OF DESIGN FEATURES, IF ANY (DO **NOT** GLUE A FACSIMILE TO THIS FORM)
Our service mark name is Pinnacle Employee Services. I have attached documents. The logo of Pinnacle Employee Services has a multicolor triangle replacing the letter "A" in the word Pinnacle Employee Services. Underneath the word Pinnacle Employee Services, the words are "HR | Payroll | Benefits".

6. STATE THE SPECIFIC SERVICES FOR WHICH THE MARK IS USED
We provide Payroll, Human Resources, Benefits, Insurance, and Workers Comp.

7. DESCRIBE THE MODE OR MANNER IN WHICH THE MARK IS USED
Our service mark is placed on our website, marketing material (print and digital), and social media accounts.

| 8. CLASS NUMBER(S) | 9. DATE OF FIRST USE | (A) IN NEW YORK STATE | (B) ANYWHERE |
|---|---|---|---|
| 35,36 | | 9/23/2013 | 9/23/2013 |

FOR OFFICE USE ONLY

The applicant is the owner of the mark, the mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form or in such near resemblance as to be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive.

The undersigned applies to register the aforesaid mark pursuant to Article 24 of the General Business Law and affirms under the penalties of perjury that the statements herein made, including any attached papers, are true.

Pinnacle Employee Services, Inc.
*(Corporation, Association, Firm, etc.)*

By: _Michael Allen_                    3/19/2023
*(Signature and Title of Officer)*                    *(Date)*

DOS-0246-f-l-a  (Rev. 04/14)                                    Page 1 of 2