# EXHIBIT D

# New York State Department of State
# Certificate of Service Mark Registration

*I, Brendan C. Hughes, Executive Deputy Secretary of State, do certify that the Service Mark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

| | | | |
|---|---|---|---|
| **Registration Number:** | *S25983* | **Registration Date:** | *3/22/2024* |

**Applicant:**   *PINNACLE EMPLOYEE SERVICES, INC.*
*2377 GOLD MEADOW WAY, STE. 100*
*GOLD RIVER*     *CA*     *95670-*

**State of Incorporation or**     *CALIFORNIA*
**Partnership Organization:**

**Class Numbers:**     *35, 36*

**Date First Used in NYS:**     *9/23/2013*          **Date First Used Anywhere:**     *9/23/2013*

### Service Mark Description:

*Our service mark name is Pinnacle Employee Services. I hzve attached documents. The logo of Pinnacle Employee Services has a multicolor triangle replacing the letter "A" in the word Pinnacle Employee Services. Underneath the word Pinnacle Employee Services, the words are "HR / Payroll / Benefits".*

### Description of Services:     *We provide Payroll, Human Resources, Benefits, Insurance, and Workers Comp.*

***WITNESS*** *my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, March 22, 2024*

*by:*

**Executive Deputy Secretary of State**

*DOS-690 (Rev. 11/21)*