# EXHIBIT E

**Subject: SERVICEMARK CERTIFICATE**



**Thomas, Carolyn (DOS)** <Carolyn.Thomas@dos.ny.gov>
to Michael Allen - Pinnacle ▾

Mar 29, 2024, 6:06 AM

Here is a copy of your Servicemark for Pinnacle Employee Services. I will mail out a copy of the Servicemark certificate with the state seal on it..

---

**One attachment** • Scanned by Gmail ⓘ     Add to Drive



COPY OF SERVIC...