# HANCOCK ESTABROOK LLP

James P. Youngs
315-565-4558

December 22, 2025

**VIA ECF**

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261

>      **Re:   *Pinnacle Holding Company, LLC, et. al v. Michael Allen, et. al*,**
>             **Civil Action No.: 5:24-cv-239**
>             **Request for leave to file a Reply**

Dear Magistrate Judge Dancks:

    We write to request leave to file a Reply Memorandum of Law, no more than 10 pages in length, in further support of the Plaintiffs' motion for leave to amend the complaint. We also request leave to file a brief Reply Declaration and exhibit(s).

    One important reason for the Reply is that after the Plaintiffs filed their motion on November 21, the Defendants supplemented their responses to jurisdictional discovery on November 25. Those responses are germane to the motion and the grounds on which the Defendants' oppose the motion. Moreover, the opposition contains many factual assertions that were not raised in discovery. It is respectfully submitted that in light of functionally dispositive nature of the motion, the movant should be given the opportunity to be heard on that new information and arguments in opposition to the motion.

    In light of the intervening holidays and counsel's travel plans, it is respectfully requested that the Plaintiffs be given until January 9, 2026 to file their reply. As noted in the Defendants' December 12, 2025 request for an extension of time to file their opposition, they did not object to the Plaintiffs filing a reply at that time.

>        Respectfully submitted,
>
>        **HANCOCK ESTABROOK, LLP**
>
>        James P. Youngs, Esq.

JPY/ceg

cc: Counsel of record *via* ECF