**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

PINNACLE HOLDING COMPANY, LLC and
PINNACLE EMPLOYEE SERVICES, LLC,

               Plaintiffs,

    vs.

MICHAEL ALLEN and PINNACLE EMPLOYEE
SERVICES, INC.,

               Defendants.

**REPLY DECLARATION**

Civil Action No.: 5:24-cv-239
(AJB/TWD)

**JAMES P. YOUNGS,** under the penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares:

1.     I am counsel for Plaintiffs Pinnacle Holding Company, LLC ("PHC") and Pinnacle Employee Services, LLC ("PES LLC") (collectively, the "Plaintiffs").

2.     I submit this reply declaration in further support of the Plaintiffs' motion for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and/or a Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d).

3.     A copy of the Plaintiffs' Third Request for the Production of Documents to the Defendants, dated served in connection with the jurisdictional discovery ordered by the Court, is attached as **Exhibit A**.

4.     A copy of the Defendants' Response to the foregoing Request, dated October 6, 2025, is attached as **Exhibit B**.

5.     The Defendants produced a copy of an application to register their trademark with the New York Department of State, dated March 19, 2023, with those responses. A copy of that

2023 application was previously submitted as Exhibit E to my original Declaration in support of the motion to amend and or supplement the Complaint. ECF 50-1, ¶ 7; ECF 50-6.

6.      The Defendants' objected to the time frame and scope of certain of the Defendants' discovery requests, resulting in court intervention as reflected in Magistrate Judge Dancks' October 30, 2025 text order.

7.      As a result of the Court's order, the Defendants' amended their discovery responses.  A copy of the Defendants' amended Response to the Plaintiffs Third Request for the Production of Documents, dated November 7, 2025, is attached as **Exhibit C**.

8.      Four days after the Plaintiffs' filed the present motion for leave to amend or supplement their Complaint, and after the close of jurisdictional discovery, the Defendants served a "Supplemental Response" to the Plaintiffs' Third Request for the Production of Documents, dated November 25, 2025.  A copy of that Supplemental Response is attached as **Exhibit D**.

9.      The correspondence that Mr. Allen appends to his Declaration in opposition to this motion, ECF 54-2 and 54-6, was not produced during discovery.

I declare under the Penalty of perjury that the foregoing is true and correct.

**Dated:** January 9, 2026                          *s/ James P. Youngs*
                                                    James P. Youngs, Esq. (Bar Roll No. 515029)

4912-1643-7639, v. 1